## Commonwealth *v.* Green, Appellant.

Argued March 24, 1975. *Arthur R. Shuman, Jr.,* for appellant; *Pierre B. Pié, II,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J.*

*Gafni,* Deputy District Attorney, and *F. Emmett Fitz-patrick,* District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.